IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY A. WALKER, | : |
|     Plaintiff, | : |
| | :    Civil No. 4:01-cv-1644 |
| v. | : |
| | :    Judge John E. Jones III |
| MICHAEL ZENK, *et al.*, | : |
|     Defendants | : |

## **ORDER**

February 7, 2008

In accordance with the Memorandum entered this date, it is hereby ORDERED that:

1. The Report and Recommendation of Magistrate Judge Thomas M. Blewitt filed on November 15, 2007 (Doc. 184) is ADOPTED in part and REJECTED in part;

2. Plaintiff's objections to the Report and Recommendation (Docs. 190, 192) are OVERRULED;

3. Defendants' objections to the Report and Recommendation (Doc. 188) are SUSTAINED;

4. Plaintiff's Motion to File Jointer [sic] of Persons Needed for Just Adjudication Pursuant to Rule 19(a) of the Federal Rules of Civil Procedure (Doc. 177) is DENIED;

5. Plaintiff's Motion for Summary Judgment (Doc. 165) is DENIED;

6. Defendants' Motion to Dismiss and for Summary Judgment (Doc. 163) is:

   a. DENIED to the extent it seeks summary judgment, and

   b. GRANTED to the extent it seeks dismissal;

7. Plaintiff's complaint is DISMISSED WITH PREJUDICE; and

8. The Clerk of the Court is directed to CLOSE this case.

John E. Jones III
United States District Judge